

# COURT OF APPEALS
## SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-15-00389-CR

| | | |
|---|---|---|
| Traywann Holloway | § | From Criminal District Court No. 1 |
| | § | of Tarrant County (1369783D) |
| v. | § | November 19, 2015 |
| | § | Opinion by Justice Gabriel |
| The State of Texas | § | (nfp) |

## JUDGMENT

This court has considered the record on appeal in this case and holds that the appeal should be dismissed.  It is ordered that the appeal is dismissed for want of jurisdiction.

SECOND DISTRICT COURT OF APPEALS

By /s/ Lee Gabriel
  Justice Lee Gabriel